GEORGE MITCHELL, Appellant, *v.* CENTRAL MINES DEVELOPMENT COMPANY (LIMITED), Respondent.

*Mitchell* v. *Central Mines Development Co., Ltd.*, 160 App. Div. 877, affirmed.

(Submitted December 17, 1915; decided January 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint at the opening by the court on trial at Special Term. The defendant is a corporation organized under the Companies' Acts of Great Britain. The plaintiff brings his suit to cancel his subscription of £10,000 to the capital stock of the defendant, and to recover the sum of £2,000 ($9,700 in American gold coin) paid by him on his said subscription on the ground that the request plaintiff made for the allotment of shares (which request is the subscription to the capital stock of the defendant which plaintiff seeks to have rescinded) was procured and induced by certain false and fraudulent representations contained in the prospectus of the defendant, and otherwise made to plaintiff.

*David W. Armstrong* for appellant.

*Philip S. Hill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.